[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
November 10, 2005
THOMAS K. KAHN
CLERK

No. 05-13415
Non-Argument Calendar

_____

D.C. Docket No. 0400050-CV-OC-10GRJ

KENNETH BELL,

Plaintiff-Appellant,

versus

GEORGIA-PACIFIC CORPORATION,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(November 10, 2005)**

Before TJOFLAT, DUBINA and PRYOR, Circuit Judges.

PER CURIAM:

This is an appeal from the district court's grant of summary judgment on appellant Kenneth Bell's claims brought under Florida's Whistleblower Act, §448.102(3), Fla. Stat., and Workers' Compensation Law, § 440.205, Fla. Stat.

This court reviews *de novo* a district court's grant of summary judgment, applying the same legal standards employed by the district court. *Turlington v. Atlanta Gas Light Co.*, 135 F.3d 1428, 1432 (11th Cir. 1998). Summary judgment is appropriate where "there is no genuine issue as to any material fact." Fed. R. Civ. P. 56(c). A factual dispute is genuine only if "the evidence is such that a reasonable jury could return a verdict for the non-moving party." *United States v. Four Parcels of Real Property*, 941 F.2d 1428, 1437 (11th Cir. 1991).

After reviewing the record and reading the parties' briefs, we conclude that the district court properly granted summary judgment to Georgia Pacific on both of Bell's claims. Accordingly, we affirm the district court's grant of summary judgment for the reasons set forth in its well-reasoned order filed on May 17, 2005.

**AFFIRMED.**